IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZOE VICTORIA PARKER,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ROBERT A. MCDONALD,**<br>            **Defendant.** | **NO. 15-1910** |

## O R D E R

**AND NOW**, this 6th day of July, 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 45); Plaintiff's Letter in Response thereto (ECF No. 48); and Defendant's Reply in Support thereof (ECF No. 50), and for the reasons provided in the Court's Memorandum Opinion of July 6, 2016 (ECF No. 52), **IT IS ORDERED** that Defendant's motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant Robert A. McDonald, and **AGAINST** Plaintiff Zoe Victoria Parker.

The Clerk of the Court is directed to close this case.

**BY THE COURT:**

**/s/ Wendy Beetlestone**

_____
**WENDY BEETLESTONE, J.**